**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 17-cv-24452-RNS**

JOSE SANTOS ALVAREZ, on behalf of
himself and others similarly situated,

    Plaintiff,

vs.

UNO RESTAURANT ASSOCIATES, INC.
d/b/a Prime Italian, a Florida for-profit
corporation, and MYLES CHEFETZ, an
individual,

    Defendants.
_____/

CLASS AND COLLECTION ACTION

**NOTICE OF PENDENCY OF CLASS ACTION**

TO:    All persons who are employed or were previously employed by Defendants Uno Restaurant Associates, Inc. d/b/a Prime Italian, a Florida for-profit corporation, and Myles Chefetz, an individual, as servers and bussers ("tipped employees") at Defendants' restaurant Prime Italian and were required to share tips with non-tipped employees during the Relevant Time Period.  ("The Class").

This Notice is given pursuant to Rule 23 of the Federal Rules of Civil Procedure and by Order of the Southern District of Florida. The purpose of this Notice is to inform you of a class action lawsuit now pending in this Court that has been brought on behalf of servers and bussers who worked for Defendants from December 8, 2012 to the present. The class action complaint names as the Defendants Uno Restaurant Associates, Inc. d/b/a Prime Italian, a Florida for-profit corporation, and Myles Chefetz, an individual,

**PLAINTIFF CLASS**

By Order dated _____, the Court certified this action to proceed as a class action on behalf of the Class listed above, to whom this Notice is directed. The plaintiff who has been designated as Class Plaintiff to represent the Class is Jose Santos Alvarez.

CERTIFICATION BY THE COURT OF THIS CLASS DOES NOT MEAN THAT ANY RELIEF WILL BE OBTAINED FOR CLASS MEMBERS, BECAUSE THE ISSUES ARE CONTESTED AND HAVE NOT BEEN DECIDED. RATHER, THE CLASS ACTION RULING MEANS THAT THE ULTIMATE OUTCOME OF THIS LAWSUIT - WHETHER FAVORABLE TO PLAINTIFFS OR TO DEFENDANT - WILL APPLY IN LIKE MANNER TO ALL CLASS MEMBERS. CLASS MEMBERS WHO DO NOT TIMELY ELECT TO BE EXCLUDED FROM THE CLASS WILL BE BOUND BY THE OUTCOME OF THIS LITIGATION, WHETHER THAT OUTCOME IS FAVORABLE OR UNFAVORABLE TO THE CLASS.

## DEFENDANTS

Defendants are: Uno Restaurant Associates, Inc. d/b/a Prime Italian, a Florida for-profit corporation, and Myles Chefetz, an individual.

## THE LITIGATION

**The Complaint alleges that the Defendants paid Class Members an hourly wage below the Florida minimum because Class Members were tipped employees, although Class Members were forced to share their tips with non-tipped employees, such as "stockers" and "sweepers."**

Defendants deny all of the above allegations.

## ELECTION BY CLASS MEMBERS

If you satisfy the above description of the plaintiff Class, you may choose whether or not to remain a member of the Class. Your choice will have certain consequences, as described below, which you should fully understand before making your decision. If you wish to remain a member of the Class, share in any potential recovery, and be bound by the outcome of this litigation, then you need to do nothing at this time. You will be included in the Class automatically.

By remaining a Class member, any claims against the Defendants, as alleged in the complaint, will be determined in this case and cannot be presented by you in any other lawsuit. If you **do not** wish to remain a member of the Class or Classes, you must submit the enclosed Request for Exclusion form **postmarked no later than** _____. It must specify your name, address, and telephone number; and a clear statement that you wish to be excluded from the Class. Your Request for Exclusion should be mailed, first class, to:

> ROBERT W. BROCK II, ESQ.
> Law Office of Lowell J. Kuvin, LLC
> 17 E. Flagler St., Suite 223
> Miami FL 33131
> Counsel for Plaintiffs

Counsel for Plaintiffs will promptly forward such form to the Clerk of Court.

By electing to be excluded: (1) you will not share in any potential recovery that might be obtained by the Class as a result of trial or settlement of this lawsuit; (2) you will not be bound by any decision in this lawsuit favorable to the Defendants; and (3) you may present any claims you have against the Defendants by filing your own lawsuit, or you may seek to intervene in this lawsuit.

### **RIGHTS AND OBLIGATIONS OF CLASS MEMBERS**

If you remain a member of the Class, the Class Plaintiff and his attorneys will act as your representatives and counsel for the prosecution of the claims against the Defendants. If you desire, you may appear by your own attorney at your own expense. You may also seek to intervene individually. Your participation in any recovery or other benefit that may be obtained from the Defendant through the trial or the settlement will depend upon the results of this lawsuit.

As a member of the Class, you will not be responsible for any attorneys' fees or costs except that the Court may award fees and costs to Plaintiffs' Counsel out of any recovery achieved on behalf of the Class. If you retain your own attorney, you will be responsible for your fees and costs. You will be entitled to notice and an opportunity to be heard respecting any proposed settlement or dismissal of the Class claims.

### **PLEASE KEEP YOUR ADDRESS CURRENT**

If you change your address, or if this Notice was not mailed to your correct address, you should immediately send written notice to the Notice Administrator at:

> CLASS ACTION #_____
> Law Office of Lowell J. Kuvin, LLC
> 17 E. Flagler St. Suite 223
> Miami FL 33131

### **ADDITIONAL INFORMATION**

Any questions you have concerning the matters contained in this Notice may be directed in writing to: Questions--Class Action #_____, c/o Robert W. Brock II, Esq., at the Law Office of Lowell J. Kuvin, LLC, 17 East Flagler Street, Suite 223, Miami FL 33131.

**DO NOT TELEPHONE THE CLERK OF THE COURT OR THE CLERK'S OFFICE.**

Dated: _____                    BY ORDER OF THE SOUTHERN DISTRICT OF FLORIDA

# Request to be Excluded

## From the Uno Restaurant Associates, Inc. d/b/a Prime Italian, and Myles Chefetz Class Action

In the Southern District of Florida, Alvarez, et al v. Uno Restaurant Associates, Inc. d/b/a Prime Italian, and Myles Chefetz, Case: 17-cv-24452-RNS:

If you want to be excluded from this lawsuit, you must complete this form and mail it by first class mail, postmarked no later than _____ to the address below. Requests to be "Excluded from this Action" must be postmarked by _____ to be valid.

**If you wish to remain a member of this lawsuit, DO NOT submit this exclusion form.**

I have read and understand the Notice of Pendency of Class Action advising me of my right to participate in or to be excluded from the Action entitled Alvarez, et al v. Uno Restaurant Associates, Inc. d/b/a Prime Italian, and Myles Chefetz. Having considered the Notice of Pendency of Class Action dated _____, I request to be excluded from the class in this action as permitted by the Notice. **I understand that by making this request for exclusion: (1) I will not share in any potential recovery that might be obtained by the Class as a result of trial or settlement of this lawsuit; (2) I will not be bound by any decision in this lawsuit favorable to the defendant; and (3) I may present any claims I have against the defendant by filing my own lawsuit.**

_____  __ __/__ __/__ __    (__ __ __) __ __ __-__ __ __ __
Signature                                 Date              Telephone

Name
_____
Print Name

Address

_____
Street Address

_____ __ __  __ __ __ __ __
City                                                         State  Zip Code

To exclude yourself from the Class, mail this form on or before _____ to:

> ROBERT W. BROCK II, ESQ.
> Law Office of Lowell J. Kuvin, LLC
> 17 E. Flagler St. Suite 223
> Miami FL 33131
> Counsel for Plaintiffs

CLASS ACTION #_____
Law Office of Lowell J. Kuvin, LLC
17 E. Flagler St. Suite 223
Miami FL 33131

# First-Class Mail

PLEASE FORWARD – IMPORTANT LEGAL NOTICE