UNITED STATES DISTR COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:17-CV-24452-SCOLA

JOSE SANTOS ALVAREZ, on behalf of himself
and other similarly situated,

    Plaintiff,

vs.

UNO RESTAURANT ASSOCIATES, INC. d/b/a
Prime Italian, a Florida for-profit corporation, and
MYLES CHEFETZ, an individual,

    Defendants.
_____/

## JOINT MOTION TO APPROVE SETTLEMENT
## AND DISMISS CASE WITH PREJUDICE

Plaintiffs, JOSE SANTOS ALVAREZ, MELVIS GARCIA, JOSE CALIX, and Defendants, UNO RESTAURANT ASSOCIATES, INC. d/b/a Prime Italian and MYLES CHEFETZ, by and through their respective undersigned counsel, hereby jointly move this Court to approve the Settlement Agreements entered between the parties and dismiss this case *with prejudice*, and, in support thereof, state the following:

1. Plaintiffs' Complaint alleges a failure to pay minimum wages and overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), a failure to pay minimum wages in violation of the Florida Constitution, Article X, Section 24, and a claim of retaliatory discharge in violation of the FLSA on behalf of Plaintiff, Jose Santos Alvarez.

2. As it relates to the wage claims, Plaintiffs contend that they were required to share tips with sweepers and stockers who are employees that are not entitled to participate in the tip pool. Plaintiffs claims this violated the FLSA and the Florida Minimum Wage Act.

3. Defendants dispute that Plaintiffs were required to share tips and instead argue that any tips received by the sweepers and stockers was done voluntarily. Therefore, Defendants deny that there are any FLSA or Florida Minimum Wage Act violations.

4. Despite these disagreements on all issues associated with this case, the uncertainty of how the Court or a jury may decide these issues, in addition to the cost and time already expended in this case and knowing how much more time and attorneys' fees are going to be expended in the coming months and through trial, the parties have agree to settle this case on terms that they both find to be reasonable under the circumstances.

5. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor.

6. This case is a situation in which the Court may allow the Plaintiffs in this action to settle and release their FLSA claims against Defendants. The proposed settlement arises in an adversarial context with pending litigation and with all parties representing by competent counsel. Moreover, while Plaintiffs believe strongly in their claim and believe they have the evidence to prevail, Defendants are equally confident in their defenses and that their witnesses and records will disprove Plaintiffs' claims. As a result, the parties agree that the amounts of the settlement are fair in light of the parties' respective positions. Further, the parties voluntarily agreed to the terms of the settlement agreements after receiving advice from their counsel.

7. As part of the parties' settlement, Plaintiffs' attorneys' fees and costs were negotiated separately from the amount claimed by Plaintiffs and not a function of any percentage of recovery.

8. The parties therefore urge the Court to approve the settlement agreements (attached hereto as Composite Exhibit A) as a fair settlement of the disputed issues arising from the Plaintiff's FLSA claims against Defendants.

9. The parties are in agreement that this Court may enter an Order Approving Settlement Agreement and Dismissing Complaint with Prejudice in the form being submitted to the Court separately after scrutinizing the settlement for fairness and approving the settlement.

| | |
|---|---|
| **GALLUP AUERBACH** | **LAW OFFICE OF LOWELL J. KUVIN** |
| Jacob K. Auerbach, Esq. | Robert W. Brock II, Esq. |
| 4000 Hollywood Boulevard | 17 East Flagler Street |
| Presidential Circle - Suite 265 South | Suite 223 |
| Hollywood, FL 33021 | Miami, FL 33131 |
| t: (954) 894-3035 | t:  (305) 358-6800 |
| f: (954) 894-8015 | f:  (305) 358-6808 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| | |
| By: */s/ Jacob Auerbach* | By: */s/ Robert W. Brock II* |
| Jacob Auerbach | Robert W. Brock II, Esq. |
| Florida Bar Number 0084003 | Florida Bar Number 75320 |
| Email: jauerbach@gallup-law.com | Email: robert@kuvinlaw.com |