United States District Court<br>
for the<br>
Southern District of Florida

| | |
|---|---|
| Jose Santos Alvarez, Plaintiff, | ) |
| v. | ) |
| Uno Restaurant Associates, Inc. d/b/a Prime Italian and Myles Chefetz, Defendants. | ) Civil Action No. 17-24452-Civ-Scola |

### Order Approving FLSA Settlements And Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement agreements and to dismiss the case. (Joint Mot., ECF No. 40.) The parties submitted three separate settlement agreements between the Defendants and Jose Santos Alvarez, Melvis Garcia, and Jose Calix.

Calix, however, is not a party in this case. Although a Notice of Filing Consents to Join (ECF No. 15) was filed to indicate Calix's consent to join this suit, Alvarez later struck the notice from the record (ECF No. 29). The Court therefore did not consider Calix a party in this lawsuit from that point forward and no filings were made on his behalf to indicate otherwise. The Court need not approve of Calix's settlement with the Defendants if such an arrangement has been made outside of these proceedings.

As for Alvarez and Garcia's settlement agreements with the Defendants, the Court finds the settlement agreements fair and reasonable upon review of the record, the relevant legal authorities, and the settlement agreements. The Court therefore **grants in part** the parties' motion for approval of the settlement agreement (**ECF No. 40**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreements. All pending motions are **denied** as moot.

**Done and ordered** at Miami, Florida, on January 9, 2019.

_____
Robert N. Scola, Jr.
United States District Judge